Martin MALINOU, Public Administrator

v.

Lenoard A. KIERNAN, Jr.,
Administrator.

Martin MALINOU, Public Administrator

v.

Leonard A. KIERNAN, Jr.,
Administrator.

Nos. 78–357–A., 79–90–A.

Supreme Court of Rhode Island.

June 12, 1980.

Martin Malinou, pro se.

Bernard W. Boyer, Providence, for defendant.

ORDER

This case is assigned to the October, 1980 *show cause* calendar. The plaintiff is directed to appear and show cause why his appeals should not be dismissed in view of the fact that the issues raised appear to be without merit.

WEISBERGER, J., did not participate.

Lillian M. MONAHAN

v.

Jane A. CROSSLEY.

No. 79–460–A.

Supreme Court of Rhode Island.

June 12, 1980.

Armando O. Monaco II, Providence, for plaintiff.

F. Albert Starr, Cranston, for defendant.

ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied.

WEISBERGER, J., did not participate.

STATE

v.

Alfred BISHOP.

No. 77–453–C.A.

Supreme Court of Rhode Island.

June 12, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Alfred Bishop, pro se.

ORDER

The state's motion to dismiss this appeal is denied. The motion of defendant's counsel for a briefing extension and the pro se motion of defendant for a briefing extension in order that he may seek new counsel are granted. The defendant's brief shall be filed on or before August 15, 1980.

WEISBERGER, J., did not participate.